WANDA RITORNATO, Appellant, v. JOSEPH SCHUTH et al., Respondents.— Appeal from an order of Supreme Court, Schenectady County, dismissing plaintiff's complaint. Plaintiff and each defendant were employed by the General Electric Company. Plaintiff was on her way from work in defendant Schuth's automobile. While still on the premises of the employer, the Schuth car collided with defendant Duglin's car and plaintiff was injured. The action is for negligence. The injury was by fellow employees on the employer's premises in which the course of employment is deemed to continue while the employees are on their way home until egress is complete. Under a well-established rule the injury would be compensable by workmen's compensation benefits, and if this would be so, the Supreme Court would have no jurisdiction of the case. Order dismissing the complaint as to each defendant unanimously affirmed, with $10 costs and disbursements. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

JUDITH MORGAN, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 29515.) — Claimant appeals from a judgment of the Court of Claims which dismissed her claim upon the merits after trial. The claim for damages based upon false imprisonment failed of proof. Claimant's commitment to the State hospital was in all respects legally accomplished. As to the other items of the claim for which claimant sought damages, the court below correctly found that they were not established by a fair preponderance of evidence. Judgment unanimously affirmed, without costs. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.